1220

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD WILLIAMS, Appellant.

Submitted July 13, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

RAYMOND PINK et al., Respondents, v MATTHEW RICCI, Defendant, and ROME YOUTH HOCKEY ASSOCIATION, INC., Appellant, et al., Defendants.

Submitted July 6, 2015; decided August 27, 2015

Motion by Pacific Legal Foundation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.